IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCATION BASED TECHNOLOGIES, a Nevada corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>JENS DALSGAARD, et al.,<br><br>  Defendants.<br>                                                               / | No. C 09-01618 WHA<br><br>**ORDER SETTING BRIEFING AND HEARING ON EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

Plaintiffs have filed an *ex parte* application for a temporary restraining order. The Court must insist that defendants be given an opportunity to review the application and to respond before any action is taken. On the condition that plaintiff **SERVES** the summons, complaint and application for temporary restraining order, along with all supporting papers and a copy of this order on defendants by Monday, **APRIL 20, 2009, AT 10:00 A.M.**, a hearing on the application will be held Thursday, **APRIL 23, 2009, AT 1:00 P.M.**, in Courtroom 9 on the 19th floor of the federal courthouse, 450 Golden Gate Avenue, San Francisco. Defendants so served are ordered to appear at that time if they intend to oppose entry of the TRO. Defendants may submit a brief in opposition to the application by Wednesday, **APRIL 22, 2009, AT 10:00 A.M**. In light of the voluminous material already submitted, there will be no reply brief.

Dated: April 17, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE