IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCATION BASED TECHNOLOGIES, a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JENS DALSGAARD, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 09-01618 WHA<br><br>**ORDER** |

　　　　The April 23 TRO hearing is **VACATED** based on the representations in the April 21 letter from Mr. White. Counsel are ordered to submit a dismissal pursuant to the claimed settlement by noon on April 30, 2009, failing which an expedited case management schedule shall be set.

　　　　**IT IS SO ORDERED**.

Dated: April 22, 2009.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE