IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCATION BASED TECHNOLOGIES, a Nevada corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>JENS DALSGAARD, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-01618 WHA<br><br>**ORDER REGARDING SETTLEMENT** |

An April 22 order vacated the TRO hearing scheduled for April 23 based on representations that the parties were close to a settlement. The order also directed counsel to submit a dismissal pursuant to the claimed settlement by April 30, 2009. Counsel now requests an extension of the deadline to complete the settlement and file the dismissal to May 6, 2009. The request is **GRANTED**.

**IT IS SO ORDERED**.

Dated: May 1, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE