IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCATION BASED TECHNOLOGIES, a Nevada corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>JENS DALSGAARD, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-01618 WHA<br><br>**NOTICE RE EVIDENTIARY HEARING** |

    The Court is in receipt of plaintiff's dismissal "without prejudice" and counsel's letter regarding the settlement. The hearing scheduled for Tuesday, June 9, 2009 will be postponed until Wednesday, **JUNE 10, 2009, AT 7:30 A.M.**, to give counsel time to get the last signature for the settlement agreement. Plaintiff is requested to ensure that this is done by 5:00 p.m. today and to so notify the Court.

Dated: June 8, 2009.

                                                   WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE