United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCATION BASED TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>JENS DALSGAARD, an individual, REDWOOD CONSULTANTS LLC, a California Limited Liability company, CONSTELLATION CAPITAL MANAGEMENT LLC, a Limited Liability Company, ANGELA WILLIAMS, an individual, GIULIANA DALSGAARD, an individual, WILLIAM GILLIAM, an individual as trustee for the GILLIAM EXEMPT FAMILY TRUST, a family trust, RICHARD PISANO, an individual, AMANDA SCHMIEDER, an individual, MATTHEW MURAWSKI, an individual, KIMCHI MOYER ENTERPRISES, a company, ARRON JOHNSON, an individual, SORENA AB, a Swedish Company, JONATHAN W. GROVES, an individual, TRANSHARE CORPORATION, a Colorado Corporation,<br><br>Defendants.<br>_____/ | No. C 09-01618 WHA<br><br>**NOTICE TO SECURITIES AND EXCHANGE COMMISSION AND DISMISSAL OF ACTION** |

Based on the allegations and information generated in this litigation, this matter is hereby **REFERRED** to the Securities and Exchange Commission for its consideration and possible investigation into an unregistered and unlicensed "boiler room" operation

soliciting investments in a public company called "Location Based Technologies, Inc." The Clerk shall send a copy of this notice to:

> Marc F. Fagel
> Securities and Exchange Commission
> 44 Montgomery Street, Suite 2600
> San Francisco, California  94104

The undersigned judge takes no position (and makes no recommendation) concerning the Commission's action.

*          *          *

Based on a dismissal by plaintiff, this action is now **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** the file after giving the notice described above.

**IT IS SO ORDERED.**

Dated: June 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2